# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

David G. Velde,

        Plaintiff,                  Civil No. 06-2292 (RHK/RLE)

vs.                                    **ORDER**

Clay Thompson,

        Defendant.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: April 13, 2007

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge