# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David G. Velde,

        Plaintiff,                Civil No. 06-2292 (RHK/RLE)

vs.                                   **ORDER**

Clay Thompson,

        Defendant.

Having determined that no cause, much less good cause, has been shown for the requested extensions of the deadlines set forth in the Court's September 14, 2006, Pretrial Order, the relief sought in the Stipulation for Extension of Discovery/Motion Deadlines (Doc. No. 13) is **DENIED**.

Dated: April 13, 2007

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge